Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333
F: (973) 622-3349

Jerome C. Katz
(Jerome.Katz@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY  10036
T: (212) 596-9000
F: (212) 596-9090

Mark S. Popofsky
(Mark.Popofsky@ropesgray.com)
**ROPES & GRAY LLP**
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC  20005
T: (202) 508-4600
F: (202) 508-4650

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY MARCHESE, ROBYN BUONO, PAUL DAPONTES, JOSEPH FAZIO and ESTHER WEINSTEIN individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 10-2190 (JLL) (MAH)<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>Return Date: December 5, 2011<br><br>ORAL ARGUMENT REQUESTED |

**TO:**      James V. Bashian, Esq.
**LAW OFFICES OF JAMES V. BASHIAN, ESQ.**
70 Adams Street, 4th Floor
Hoboken, NJ  07030
(973) 227-6330

David M. Taus, Esq.
**DEVERO TAUS, LLC**
2011 Somerville Road, Suite B
Bedminster, NJ 07921
(908) 375-8142

Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Amanda K. Stein, Esq.
**HORWITZ, HORWITZ & PARADIS**
570 Seventh Avenue, 20th Floor
New York, NY 10018
(212) 986-4500

Jay P. Saltzman, Esq.
**LAW OFFICES OF JAY P. SALTZMAN**
110 Wall St., 11th Floor
New York, NY 10005
(212) 204-5676

Barry S. Taus, Esq.
Brett H. Cebulash, Esq.
Kevin S. Landau, Esq.
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 520-4310
*Attorneys for Plaintiffs*

    **PLEASE TAKE NOTICE** that on **Monday, December 5, 2011**[1] **at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants shall appear before

---

[1] *See* D.I. 62.

the Honorable Jose L. Linares, U.S.D.J., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07101, and shall move this Court for an Order dismissing Plaintiffs' Third Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted under Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendants shall rely upon their Brief and the Declaration of Jakob B. Halpern, submitted concurrently herewith, and any Reply papers submitted, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is specifically requested.

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendants*

s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333
F: (973) 622-3349

3

                                         Jerome C. Katz
                                         (Jerome.Katz@ropesgray.com)
                                         **ROPES & GRAY LLP**
                                         1211 Avenue of the Americas
                                         New York, NY  10036
                                         T: (212) 596-9000
                                         F: (212) 596-9090

                                         Mark S. Popofsky
                                         (Mark.Popofsky@ropesgray.com)
                                         **ROPES & GRAY LLP**
                                         One Metro Center
                                         700 12th Street, NW, Suite 900
                                         Washington, DC  20005
                                         T: (202) 508-4600
                                         F: (202) 508-4650

Dated:  September 23, 2011