Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center, Suite 1000
Newark, NJ 07102-5311
Telephone:   (973) 622-3333
Facsimile:   (973) 622-3349

Jerome C. Katz (jerome.katz@ropesgray.com)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 596-9000
Facsimile:   (212) 596-9090

Mark S. Popofsky (mark.popofsky@ropesgray.com)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone:   (212) 596-9000
Facsimile:   (212) 596-9090

*Attorneys for Defendants*
*Cablevision Systems Corporation*
*and CSC Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GARY MARCHESE, ESTHER WEINSTEIN and JOAN HOWARD, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 10-2190 (MCA) (MAH) <br><br> **NOTICE OF CHANGE OF ADDRESS** <br> **OF *PRO HAC VICE* COUNSEL** <br><br><br> *DOCUMENT FILED ELECTRONICALLY* |

**PLEASE TAKE NOTICE** of the new mailing address for the Washington, D.C. office

of Ropes & Gray LLP, *pro hac vice* counsel for Defendants Cablevision Systems Corporation

and CSC Holdings, LLC (collectively "Cablevision"), including the following individual *pro hac vice* counsel:

>Mark S. Popofsky
>Mariel Goetz
>**ROPES & GRAY LLP**
>2099 Pennsylvania Avenue, NW
>Washington, DC 20006-6807

The foregoing change in the mailing address for the above-identified counsel, who has been admitted *pro hac vice* in this matter, has been submitted to ecfchange@njd.uscourts.gov.

Dated: September 11, 2015             Respectfully submitted,

**SAIBER LLC**

*Attorneys for Defendants
Cablevision Systems Corporation
and CSC Holdings, LLC*

/s Jakob B. Halpern
Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center, Suite 1000
Newark, NJ 07102-5311
Telephone:    (973) 622-3333
Facsimile:    (973) 622-3349

Jerome C. Katz (jerome.katz@ropesgray.com)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 596-9000
Facsimile:    (212) 596-9090

Mark S. Popofsky (mark.popofsky@ropesgray.com)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone:    (212) 596-9000
Facsimile:    (212) 596-9090