**COLE SCHOTZ P.C.**
Michael S. Weinstein (Attny # 016131995)
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GARY MARCHESE, ESTHER WEINSTEIN, and JOAN HOWARD Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 10-2190 (MCA) (MAH)<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 23(h) and 54(d)(2), as well as Paragraph 18 of the Court's Order Granting Preliminary Approval of Class Action Settlement (Docket No. 203), and upon the declarations of Brett Cebulash, Esq. sworn to on August 4, 2016, Michael S. Weinstein, Esq. sworn to on July 6, 2016, Daniel C. Hedlund, Esq. sworn to on July 14, 2016, David F. Sorenson, Esq. sworn to on July 22, 2016, James V. Bashian, Esq. sworn to on July 11, 2016, Jay P. Saltzman, Esq. sworn to on July 6, 2016, Keith S. Dubanevich, Esq. sworn to on July 8, 2016, Peter Kohn, Esq. sworn to on July 15, 2016, and Paul O. Paradis, Esq. sworn to on July 19, 2016, and the exhibits attached thereto, the supporting memorandum of law, and all prior proceedings in this action, plaintiffs Gary Marchese, Esther Weinstein, and Joan Howard, individually and on behalf of all others similarly situated

2

("Plaintiffs"), will move before the Honorable Madeline Cox Arleo in Courtroom 2A of the Martin Luther King Building and Federal Courthouse, 50 Walnut Street, Newark, New Jersey 07101, at 11:00 a.m. on September 12, 2016, or as soon thereafter as counsel may be heard, for an Order granting Plaintiffs' Motion for An Award of Attorneys' Fees, Expenses and Class Representative Service Awards.

COLE SCHOTZ P.C.

By:    */s/ Michael S. Weinstein*
       Michael S. Weinstein

Dated: August 4, 2016