UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY MARCHESE, ESTHER WEINSTEIN, and JOAN HOWARD Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 10-2190 (KM) (MAH)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**THIS MATTER** having been brought before the Court by attorneys for plaintiffs Gary Marchese, Esther Weinstein, and Joan Howard, individually and on behalf of all others similarly situated ("Plaintiffs"), by way of motion for an Order Awarding Attorneys' Fees, Expenses and Class Representative Service Awards pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), as well as the Court's Order Granting Preliminary Approval of Class Action Settlement (Docket No. 203); and the Court having considered the papers filed in support of and in opposition to the motion; and the Court having considered oral argument of counsel, if any; and for good cause shown;

IT IS on this 12 day of Sept 2016,

**ORDERED**, that Plaintiffs' Motion for an Award of Attorneys' Fees, Expenses and Class Representative Service Awards is **GRANTED**; and it is further

**ORDERED**, that Defendants Cablevision Systems Corporation and CSC Holdings, LLC (collectively "Cablevision") shall pay Plaintiffs the sum of $9,500,000.00 for attorneys' fees and expenses incurred in this action within forty-five (45) days of the Effective Date of the Settlement Agreement in the action (Docket No. 202-3); and it is further

**ORDERED**, that Cablevision shall pay Gary Marchese, Esther Weinstein, and Joan Howard $5,000 each (for a total of $15,000) as a Class Representative Service Award within forty-five (45) days of the Effective Date of the Settlement Agreement in the action (Docket No. 202-3).

_____
HON. MADELINE COX ARLEO, U.S.D.J.

51189/0001-13440445v1